UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| COLE G. KUHNE,<br>        Plaintiff,<br>   v.<br>CAROLYN W. COLVIN,<br>        Defendant. | Case No. 15-cv-02420-NJV<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

    This pro se social security appeal was filed on June 1, 2015. (Doc. 1.) The court granted Plaintiff's motion for leave to proceed in forma pauperis and ordered the United States Marshal to serve Defendant with the complaint and summons. (Doc. 5.) Defendant filed her answer on September 30, 2015, and served a copy on Plaintiff. (Docs. 10, 12.) Pursuant to the Social Security Procedural Order, Plaintiff's motion for summary judgment was due thirty days later. Plaintiff, however, has not filed his motion.

    It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution. *Link v. Wabash R.R.*, 370 U.S. 626, 630, 82 S.Ct. 1386, 1388, (1962). When considering whether to dismiss a case for lack of prosecution, the district court must weigh the court's need to manage its docket, the public interest in expeditious resolution of litigation, and the risk of prejudice to the defendants against the policy favoring disposition of cases on their merits, and the availability of less drastic sanctions. *Ace Novelty Co. v. Gooding Amusement Co.*, 664 F.2d 761, 763 (9th Cir.1981).

    In this case, Plaintiff's delay of almost nine months in filing his motion for summary judgment is entirely unreasonable, and creates a presumption of injury to Defendant. This factor

1  weighs in favor of dismissal.  *See Alexander v. Pacific Maritime Association*, 434 F.2d 281, 283
2  (9th Cir.1970) (unreasonable delay creates presumption of injury to defendant's defenses).  The
3  court's need to manage its docket and the public interest in the expeditious resolution of cases also
4  weigh in favor of dismissal.  While the policy favoring disposition of cases on their merits weighs
5  against dismissal, no less drastic sanctions are available here where Plaintiff has simply failed to
6  participate in litigating the case.

   Accordingly, this case is HEREBY DISMISSED without prejudice for failure to prosecute.

   **IT IS SO ORDERED**.

Dated: July 25, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

2